| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Anerio Ventura Altman, Esq.<br>Bar Number: 228445<br>PO Box 515381 #97627<br>Los Angeles, CA 90051-6681<br>Phone: (949) 218-2002<br>Email: avaesq@lakeforestbkoffice.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Arlasky, Frank Joseph<br><br><br><br>Debtor(s). | CASE NO.: 8:19-bk-13495<br>CHAPTER: Chapter 7<br><br>SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(C)] |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H     ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2   ☐ Statement of Finanacial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List
☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and orstatements are true and correct.

Date: 09/27/2019

_____
Debtor 1 Signature

_____
Signature of Debtor 2 (joint debtor) (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
23151 Moulton Parkway, Suite 131, Laguna Hills, CA 92653

A true and correct copy of the foregoing document entitled (*specify*): Summary of Amended Schedules, Master Mailing List, and/or Statements [LBR 1007-1(C)]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/27/19, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[✓] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/27/19, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 9/27/19, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Delivered to court per court manual instructions.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/27/19 | Dave J. Guzman | /s/ |
|---------|----------------|-----|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE

Doc ID: f8df20a86f1e5edbba62819bd7d19d5777edf355

- **Anerio V Altman**    LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
- **Derik N Lewis**    dlewis@vantislaw.com, esieg@vantislaw.com,vantislaw@ecf.courtdrive.com;lewisdr84665@notify.bestcase.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com
- **Avi Schild**    bk@atlasacq.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

Doc ID: f8df20a86f1e5edbba62819bd7d19d5777edf355

Fill in this information to identify your case and this filing:

Debtor 1: Frank Joseph Arlasky
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): _____
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Central District of California

Case number: 8:19-bk-13495

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 3200sqft, 5bed, 4bath
   Street address, if available, or other description

   27462 Grassland Dr.

   Laguna Niguel, CA 92677
   City / State / ZIP Code

   Orange
   County

   What is the property? Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   Who has an interest in the property? Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Source of Value: Appraisal

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property? $1,119,000.00
   Current value of the portion you own? $1,119,000.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   Fee Simple

   ☑ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................... → $1,119,000.00

Debtor 1    Frank         Joseph         Arlasky                    Case number (if known) 8:19-bk-13495
            First Name    Middle Name    Last Name

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ☐ No
   ☑ Yes

   3.1 Make: Volkswagen
       Model: Atlas
       Year: 2019
       Approximate mileage: 2000
       Other information: Leased vehicle. No value to the estate.

       Who has an interest in the property? Check one.
       ☑ Debtor 1 only
       ☐ Debtor 2 only
       ☐ Debtor 1 and Debtor 2 only
       ☐ At least one of the debtors and another

       ☐ Check if this is community property (see instructions)

       Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

       Current value of the entire property?  $0.00
       Current value of the portion you own?  $0.00

   If you own or have more than one, list here:

   3.2 Make: Mercedes
       Model: E300
       Year: 2018
       Approximate mileage: 8000
       Other information: Leased vehicle. No value to the estate.

       Who has an interest in the property? Check one.
       ☐ Debtor 1 only
       ☐ Debtor 2 only
       ☐ Debtor 1 and Debtor 2 only
       ☐ At least one of the debtors and another

       ☑ Check if this is community property (see instructions)

       Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

       Current value of the entire property?  $0.00
       Current value of the portion you own?  $0.00

   3.3 Make: Volkswagen
       Model: Tiguan
       Year: 2019
       Approximate mileage: 2200
       Other information: Leased vehicle. No value to the estate.

       Who has an interest in the property? Check one.
       ☑ Debtor 1 only
       ☐ Debtor 2 only
       ☐ Debtor 1 and Debtor 2 only
       ☐ At least one of the debtors and another

       ☐ Check if this is community property (see instructions)

       Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

       Current value of the entire property?  $0.00
       Current value of the portion you own?  $0.00

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

| Debtor 1 | Frank | Joseph | Arlasky | Case number (if known) 8:19-bk-13495 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................................ →  $0.00

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe........    Household goods and furnishings    $10,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe........    Electronics    $5,000.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe........

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe........    Golf Clubs    $250.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe........    Firearms    $1,000.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe........    Clothes    $650.00

Debtor 1  Frank   Joseph   Arlasky              Case number (if known) 8:19-bk-13495
          First Name  Middle Name  Last Name

12. Jewelry
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe....... Jewelry                                                                 $5,000.00

13. Non-farm animals
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe........

14. Any other personal and household items you did not already list, including any health aids you did not list
    ☑ No
    ☐ Yes. Describe........

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here.............................................................................................. →  $21,900.00

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?                Current value of the
                                                                                           portion you own?
                                                                                           Do not deduct secured
                                                                                           claims or exemptions.

16. Cash
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☑ Yes.                                                                 Cash .........     $500.00

17. Deposits of money
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other
    similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☑ Yes ..............

                           Institution name:

    17.1. Checking account:   Wells Fargo 7612 Joint Account                              $42.26

    17.2. Checking account:   DSA Exhaust, LLC. Checking Account 8830                     $0.00

    17.3. Savings account:    _____                                     _____

    17.4. Savings account:    _____                                     _____

Official Form 106A/B                        Schedule A/B: Property                                 page 4

Doc ID: f8df20a86f1e5edbba62819bd7d19d5777edf355

| Debtor 1 | Frank | Joseph | Artasky | Case number *(if known)* 8:19-bk-13495 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

17.5. Certificates of deposit: _____  _____

17.6. Other financial account: _____  _____

17.7. Other financial account: _____  _____

17.8. Other financial account: _____  _____

17.9. Other financial account: _____  _____

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes..................
    Institution or issuer name:

    _____   _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☒ Yes. Give specific information about them....................

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | DSA Exhaust, LLC. | 0 % | $0.00 |
    | Capital (360) | 100 % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☒ No
    ☐ Yes. Give specific information about them....................
    Issuer name:

    _____   _____

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☒ No
    ☐ Yes. List each account separately.
    Type of account:    Institution name:

    401(k) or similar plan: _____   _____

| Debtor 1 | Frank | Joseph | Arlasky | | Case number *(if known)* 8:19-bk-13495 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Pension plan: _____    _____

IRA: _____    _____

Retirement account: _____    _____

Keogh: _____    _____

Additional account: _____    _____

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes.....................

    Institution name or individual:

    Electric: _____    _____

    Gas: _____    _____

    Heating oil: _____    _____

    Security deposit on rental unit: _____    _____

    Prepaid rent: _____    _____

    Telephone: _____    _____

    Water: _____    _____

    Rented furniture: _____    _____

    Other: _____    _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes.....................

    Issuer name and description:

    _____    _____

| Debtor 1 | Frank | Joseph | Arlasky | Case number (if known) 8:19-bk-13495 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1)
    ☑ No
    ☐ Yes....
    
    Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ☑ Yes. Give specific information about them....  Arlasky Family Trust (The Debtor's house is in the trust)                                $0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes. Give specific information about them....

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes. Give specific information about them....

**Money or property owed to you?**                                                                                              Current value of the portion you own? Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...........
    
    Federal: _____
    State: _____
    Local: _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information..........
    
    Alimony: _____
    Maintenance: _____
    Support: _____
    Divorce settlement: _____
    Property settlement: _____

| Debtor 1 | Frank | Joseph | Arlasky | Case number (if known) 8:19-bk-13495 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..........

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Mass Mutual Life Insurance. Whole life policy, $18,000 liquidation value encumbered by $100,000 loan. | Sandra White, Caden Steele, Devyn Arlasky | unknown |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information..........

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim..............

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim..............

**35. Any financial assets you did not already list**

☐ No
☑ Yes. Give specific information..........  Contingent Interest in a project.   $0.00

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................ → **$2,042.26**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

| Debtor 1 | Frank | Joseph | Arlasky | | Case number *(if known)* 8:19-bk-13495 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

37. Do you own or have any legal or equitable interest in any **business-related** property?
    - ☑ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    - ☑ No
    - ☐ Yes. Describe........

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    - ☑ No
    - ☐ Yes. Describe........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☑ No
    - ☐ Yes. Describe........

41. **Inventory**
    - ☑ No
    - ☐ Yes. Describe........

42. **Interests in partnerships or joint ventures**
    - ☑ No
    - ☐ Yes. Describe........

    Name of entity:                                                % of ownership:
    _____              _____%

43. **Customer lists, mailing lists, or other compilations**
    - ☑ No
    - ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        - ☑ No
        - ☐ Yes. Describe........

44. **Any business-related property you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information..........

Debtor 1  Frank Joseph Arlasky   Case number *(if known)* 8:19-bk-13495
 First Name / Middle Name / Last Name

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here............→ **$0.00**

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
   - ☑ No. Go to Part 7.
   - ☐ Yes. Go to line 47.

Current value of the portion you own? Do not deduct secured claims or exemptions.

47. Farm animals
   *Examples:* Livestock, poultry, farm-raised fish
   - ☑ No
   - ☐ Yes........................

48. Crops—either growing or harvested
   - ☑ No
   - ☐ Yes. Give specific information............

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade
   - ☑ No
   - ☐ Yes........................

50. Farm and fishing supplies, chemicals, and feed
   - ☑ No
   - ☐ Yes........................

51. Any farm- and commercial fishing-related property you did not already list
   - ☑ No
   - ☐ Yes. Give specific information............

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here............→ **$0.00**

### Part 7: Describe All Property You Own or Have an Interest In That You Did Not List Above

| Debtor 1 | Frank | Joseph | Arlasky | Case number (if known) 8:19-bk-13495 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

53. Do you have other property of any kind you did not already list?

    *Examples:* Season tickets, country club membership

    ☒ No
    ☐ Yes. Give specific information............

54. Add the dollar value of all of your entries from Part 7. Write that number here.................................→ $0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2................................................................................................→ $1,119,000.00

56. Part 2: Total vehicles, line 5                                    $0.00

57. Part 3: Total personal and household items, line 15           $21,900.00

58. Part 4: Total financial assets, line 36                        $2,042.26

59. Part 5: Total business-related property, line 45               $0.00

60. Part 6: Total farm- and fishing-related property, line 52      $0.00

61. Part 7: Total other property not listed, line 54            +  $0.00

62. Total personal property. Add lines 56 through 61........     $23,942.26    Copy personal property total →  + $23,942.26

63. Total of all property on Schedule A/B. Add line 55 + line 62....................................................    $1,142,942.26

| Debtor 1 | Frank | Joseph | Arlasky | Case number *(if known)* 8:19-bk-13495 |
| | First Name | Middle Name | Last Name | |

## SCHEDULE A/B: PROPERTY
### Continuation Page

**17. Deposits of money**

| | | |
|---|---|---|
| Checking account: | Wells Fargo Business Choice Checking - 9878 - DSA Exhaust, LLC. | $500.00 |
| Checking account: | Wells Fargo Business Choice Checking - 5079525167 - Capital (360), Inc. Amount held in there as of 9/9/2019 of $25000. These amounts are held on behalf of the corporation's clients. | $0.00 |
| Checking account: | CB Business Checking - 5432 - Fuel the Jet, Partnership. | $0.00 |
| Checking account: | Chase Bank (Wife's Account) | $1,000.00 |

Official Form 106A/B                Schedule A/B: Property

Doc ID: f8df20a86f1e5edbba62819bd7d19d5777edf355